[No. 2343-1.    Division One.    January 12, 1976.]

JEREMIAH M. McCORMICK, ET AL, *Respondents*, v. DONALD L. BORROR, ET AL, *Appellants*.

BETH F. McCORMICK, *Respondent*, v. DONALD L. BORROR, JR., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King

County, Nos. 740742, 743737, 742962, 744260, 739356, 744620, James J. Dore, J., entered May 8, 1973. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and James, JJ.